M. P. No. 76-402. IN RE RICHARD J. PAPSKI. Petition for writ of certiorari denied. *William F. Reilly,* Public Defender, *Joseph L. DeCaporale, John A. MacFadyen III,* Asst. Public Defenders, for petitioner. *Julius C. Michaelson,* Attorney General, *James H. Leavey,* Special Asst. Attorney General, for respondent.

APPEAL No. 76-124. STATE *v.* RALPH DiMASI. Motion of State that its appeal be sustained is denied. The defendant's motion for extension of time to December 22, 1976 to file his brief is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Kirk Y. Griffin,* Boston, Mass., for defendant.

APPEAL No. 76-157. EDWARD C. APICE, *Administrator v.* EMMA URBANI. Motion of plaintiff to affirm the judgment below pursuant to Rule 16(g) granted. *Johnson & Johnson, Martin Johnson,* for plaintiff. *Harold I. Kessler,* for defendant.

APPEAL No. 76-244. CONCERNS *d.b.a.* FORMS *v.* DEEB G. SARKAS *et al.* Motion of defendant to affirm judgment below pursuant to Rule 16(g) is denied. Treating the plaintiff's appeal as a petition for certiorari, the petition is denied. Bevilacqua, C.J. did not participate. *Joseph A. Bevilacqua, Jr.* for plaintiff. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for defendants.